IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG Q. LAM, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JP MORGAN CHASE BANK, N.A. and` ) <br> MTC FINANCIAL INC. dba TRUSTEE ) <br> CORPS, ) <br> ) <br> Defendants ) <br> _____ ) | 1:12-cv-1434 AWI SMS <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER <br><br> Doc. # 28 |

      This is action is brought in diversity jurisdiction by Plaintiff Tung Q. Lam ("Plaintiff") against defendants JP Morgan Chase Bank and MTC Financial, Inc. dba Trustee Corps ("Defendants") to stop a trustee's sale on property located at 2108 Prominade Lane, Modesto, CA.

      On September 4, 2012, the court granted Plaintiff's motion for a Temporary Restraining Order ("TRO") and ordered that the scheduled Trustee's Sale of the property, located at 2108 Prominade Lane, Modesto, CA, was restrained until September 21, 2012, or until further order of the court, whichever is sooner. In addition, the order stated that within ten days from the date of service of the order and Plaintiff's memorandum of points and authorities, "Defendants shall file and serve either or both an opposition to Plaintiff's motion for TRO and/or notice of a motion to dismiss."

      On September 17, 2012, Defendant JP Morgan Chase Bank, N.A. filed a motion to

dismiss this action.   On September 19, Defendant MTC Financial, Inc., filed a motion to dismiss.   These motions have been set for oral argument to be held on October 22, 2012.

On September 20, 2012, Plaintiff filed a motion to extend the TRO.   Plaintiff requests that the TRO, which expires on September 21, 2012, be continued until October 22, 2012, which is the date set for Defendants' motions to dismiss.

As previously found, the court finds it is not in a position to fairly make a substantive ruling on Plaintiff's motion in the absence of briefing by Defendants.    Defendants were given ten days to file either a motion to dismiss or an opposition to the TRO.   The docket reflects that Defendants have filed motions to dismiss, which are currently scheduled for hearing on December 22, 2012.   For reasons of judicial economy and the fact Defendants have opted to file a motion to dismiss this entire action, the court finds good cause to continue the TRO until October 22, 2012.

Accordingly, the court ORDERS that:

1. Plaintiff's motion to extend the temporary restraining order is GRANTED; and
2. Any Trustee's Sale on the real property located at 2108 Prominade Lane, Modesto, CA,  is hereby RESTRAINED until October 22, 2012 or until further order of this court, whichever is sooner.

IT IS SO ORDERED.

Dated:   September 21, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

2