IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNG Q. LAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A. and MTC FINANCIAL INC. dba TRUSTEE CORPS,<br><br>　　　　Defendants | 1:12-cv-1434 AWI SMS<br><br>ORDER VACATING HEARING DATE OF OCTOBER 22, 2012 AND TAKING MATTER UNDER SUBMISSION |

　　In this action for damages and injunctive relief defendants JP Morgan Chase Bank, and MTC Financial, Inc. ("Defendants") have filed a motion to dismiss the complaint of plaintiff Tung Q. Lam ("Plaintiff") and to dissolve the temporary court's temporary restraining order (the "Motion").  The matter was set for oral argument to be held on October 22, 2012.  The Court has reviewed Defendants' Motion, Plaintiff's opposition, Defendant's reply, the accompanying documents, and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 22, 2012, is VACATED, and no party shall appear at that time.  As of October 22, 2012, the Court will take the matter under submission, and will shortly thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 18, 2012　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE